UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SIERRA SIMMONS,

    Plaintiff,

  v.

CITY OF COLUMBUS, *et al.*,

    Defendants.

Case No. 2:24-cv-1550
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the Joint Motion to Dismiss with Prejudice. (ECF No. 34.) In that Motion, the parties indicate that they reached a Settlement Agreement and Release of Claims, which they attach to the Joint Motion. (ECF No. 34-1.)

The parties move for dismissal under Rule 41(a)(1)(A)(ii), which allows a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Generally, stipulations under Rule 41(a)(1)(A) are self-executing and do not require judicial approval. *Exact Software N. Am., Inc. v. DeMoisey*, 718 F.3d 535, 540 (6th Cir. 2013) (citation omitted).

Although captioned as a "Motion," the Court construes the parties Joint Motion as a stipulation of dismissal under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The stipulation is properly signed by all parties and thus is self-executing. Since a stipulation does not require a Court order to dismiss the case, the Clerk is **DIRECTED** to dismiss this case and terminate the case, and the Joint Motion (ECF No. 34), from the Court's docket.

    IT IS SO ORDERED.

**7/8/2025**                                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                                           **EDMUND A. SARGUS, JR.**
                                                                **UNITED STATES DISTRICT JUDGE**